UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Olu-Solo Leon,

                Plaintiff(s),

v.

United States Citizenship and Immigration Services et al.,

                Defendant(s).

25-CV-4915 (DEH)

ORDER

DALE E. HO, United States District Judge:

On June 11, 2025 Petitioner filed a petition for a writ of mandamus with this Court, ECF No. 1, seeking to compel Defendants to adjudicate Petitioner's I-765 Work Authorization EAD application, which had been pending for nearly a year. On November 14, 2025, Defendants filed a letter motion with this Court, ECF No. 14, requesting dismissal as moot. Defendants attached documentation of denial notices sent to Petitioner and his attorney regarding his I-765 application. ECF No. 14-1. "Because the sole issue in this case—compelling the adjudication of the [application]—is moot, the Court lacks subject matter jurisdiction over this action." *Balde v. Nielson*, No. 18 Civ. 9597, 2019 WL 2387794, at *3 (S.D.N.Y. June 6, 2019). The Petition is therefore **DENIED AS MOOT**. The Clerk of Court is respectfully requested to close this case. SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                          DALE E. HO
                                  United States District Judge